| PROB 22 (ED/CA) (Rev. 2/88) | **TRANSFER OF JURISDICTION** | FILED<br>Jan 06 2022<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | DOCKET NUMBER *(TRAN. COURT)*<br>0972 2:15CR00041-02 |
|---|---|---|---|
| | | | DOCKET NUMBER *(REC. COURT)*<br>4:22-cr-00006-YGR |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT<br>E-CA | DIVISION<br>Sacramento |
|---|---|---|
| Simone Aguilar<br>California *(City/State only)* | NAME OF SENTENCING JUDGE<br>United States District Judge John A. Mendez | |
| | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | FROM<br>5/7/2021 | TO<br>5/6/2024 |

**OFFENSE**

Count 3: 18 USC 1029(a)(4) – Possession of Access Device-Making Equipment (CLASS C FELONY);
Count 7: 18 USC 1028(a)(1) – Aggravated Identity Theft (CLASS E FELONY)

## PART 1 – ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605, the jurisdiction of the above-named supervisee be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| January 4, 2022 | /s/ John A. Mendez |
|---|---|
| Date | United States District Court Judge |

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

| January 6, 2022 | /s/ Susan Illston |
|---|---|
| Effective Date | United States District Judge |

CC:   United States Attorney
      FLU Unit—United States Attorney's Office
      Fiscal Clerk—Clerk's Office